UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN  DIVISION

NO. 7:18-CR-99-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | PROPOSED SEALED DOCUMENT |
| ISAI SANCHEZ | "SENTENCE MEMORANDUM" |

On motion of the Defendant, ISAI SANCHEZ, and for good cause shown, it is hereby

ORDERED that DE [42]  be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 29th day of July, 2019.


_____
The Honorable Louise Wood Flanangan
United States District Court Judge

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461

and

JANE JACKSON
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461

USANCE-FIRSTSTEPACT2018@USDOJ.GOV


By email on May 15, 2019.

> G. ALAN DUBOIS
> Federal Public Defender
>
> /s/ Sherri Royall Alspaugh
> SHERRI ROYALL ALSPAUGH
> First Assistant Federal Public Defender
> Attorney for Defendant
> Office of the Federal Public Defender
> 150 Fayetteville Street, Suite 450
> Raleigh, North Carolina 27601
> Telephone: 919-856-4236
> Fax: 919-856-4477
> E-mail: Sherri_Alspaugh@fd.org
> N.C. State Bar No. 17581
> LR 57.1 Counsel Appointed